Exhibit B –

Filed Under Seal

Submitted to Court by Mail for Filing