UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAY W. ASKIN, | Case No.: 2:16-CV-325 |
| Plaintiff, | Judge George C. Smith |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| OCWEN LOAN SERVICING, LLC, et. al. | **JOINT STATUS REPORT** |
| Defendants. | |

Plaintiff, Ray W. Askin ("Plaintiff"), and Defendant Ocwen Loan Servicing, LLC ("Defendant"), by and through their respective attorneys, and pursuant to this Court's September 7, 2018 Order, hereby file the following Joint Status Report. The parties have successfully finalized all remaining terms and conditions of the settlement agreement, and are in the process of finalizing and executing the same. The parties anticipate that a Stipulation of Dismissal will be filed within the next 30 days. The parties do not anticipate that any further Court involvement will be needed to finalize the settlement and dismiss the action.

Respectfully submitted,

*/s/ Andrew Gerling*
Andrew Gerling, Esq.
Doucet & Associates Co., LPA
700 Stonehenge Parkway, Suite 2B
Dublin, OH 43017
Telephone: (614) 944-5219
Gerling@doucet.law
*Counsel for Plaintiff*

*/s/ Chrissy Dunn Dutton*
*(with consent)*
Chrissy Dunn Dutton, Esq.
Blank Rome, LLP
1700 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Telephone:(513) 362-8713
Email: CDutton@blankrome.com
   Cincyfiling@blankrome.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that an exact copy of the foregoing Joint Status Report was electronically filed on this 6th day of December 2018 via the Court's ECF process.

*/s/ Chrissy Dunn Dutton*
Chrissy Dunn Dutton