UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAY W. ASKIN, | Case No.: 2:16-CV-325 |
| Plaintiff, | Judge George C. Smith |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| OCWEN LOAN SERVICING, LLC, et. al. | **JOINT STATUS REPORT** |
| Defendants. | |

Plaintiff, Ray W. Askin ("Plaintiff"), and Defendant Ocwen Loan Servicing, LLC ("Defendant"), by and through their respective attorneys, and pursuant to this Court's December 7, 2018 Order, hereby file the following Joint Status Report. The parties have successfully finalized all remaining terms and conditions of the settlement agreement, and the settlement agreement has now been executed. Plaintiff has tendered certain payoff funds to the Defendant, and Defendant is in the process of issuing a check for settlement funds to Plaintiff. The parties anticipate that a Stipulation of Dismissal will be filed within the next 30 days. The parties do not anticipate that any further Court involvement will be needed to finalize the settlement and dismiss the action.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew Gerling* | */s/ Chrissy Dunn Dutton* |
| Andrew Gerling, Esq. | Chrissy Dunn Dutton, Esq. (0079796) |
| Doucet & Associates Co., LPA | Blank Rome, LLP |
| 700 Stonehenge Parkway, Suite 2B | 1700 PNC Center |
| Dublin, OH 43017 | 201 East Fifth Street |
| Telephone: (614) 944-5219 | Cincinnati, Ohio 45202 |
| Gerling@doucet.law | Telephone:(513) 362-8713 |
| *Counsel for Plaintiff* | Email: CDutton@blankrome.com |
| | cincyfiling@blankrome.com |
| | *Counsel for Defendant* |

# CERTIFICATE OF SERVICE

I certify that an exact copy of the foregoing Joint Status Report was electronically filed on January 7th, 2019 via the Court's ECF process.

<i>/s/ Chrissy Dunn Dutton</i><br>
Chrissy Dunn Dutton